# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 16th day of May, two thousand thirteen.

Before: Ralph K. Winter,
       *Circuit Judge.*

_____

Joanne Pedersen, Ann Meitzen, Gerald V. Passaro, II,
Lynda Deforge, Raquel Ardin, Janet Geller,
Joanne Marquis, James Gehre, Damon Savoy,
John Weiss, Bradley Kleinerman,
Suzanne Artis, Geraldine Artis,

       Plaintiffs - Appellees,

    v.

Office of Personnel Management, Timothy F. Geithner,
in his official capacity as the Secretary of the Treasury,
Michael J. Astrue, in his office capacity as the
Commissioner of the Social Security,
United States Postal Service, John E. Potter,
in his official capacity as the Postmaster General of the
United States of America, Douglas Shulman,
in his official capacity as the Commissioner of Internal Revenue,
Eric H. Holder, Jr., in his official capacity as the
United States Attorney General, Hilda L. Solis,
in her official capacity as the Secretary of Labor,
John Walsh, United States of America,
Bipartisan Legal Advisory Group of the
United States House of Representatives,

       Defendants - Appellants.

**ORDER**
Docket Nos.  12-3273 (Lead)
                  12-3872 (Con.)

_____

The Office of Personnel Management, *et al.*, has filed a motion to hold the appeal in abeyance pending a disposition by the Supreme Court in *United States v. Windsor*, No. 12-307. IT IS HEREBY ORDERED that the motion is GRANTED.

                                 For The Court:

                                 Catherine O'Hagan Wolfe,
                                 Clerk of Court