## IN THE UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

| | |
|---|---|
| Joanne Pedersen, Ann Meitzen, Gerald V. Passaro, II, Lynda Deforge, Raquel Ardin, Janet Geller, Joanne Marquis, James Gehre, Damon Savoy, John Weiss, Bradley Kleinerman, Suzanne Artis, Geraldine Artis, <br><br>                 Plaintiffs-Appellees, <br><br> v. <br><br> Office of Personnel Management, Timothy F. Geithner, in his official capacity as the Secretary of the Treasury, Michael J. Astrue, in his office capacity as the Commissioner of the Social Security, United States Postal Service, John E. Potter, in his official capacity as the Postmaster General of the United States of America, Douglas Shulman, in his official capacity as the Commissioner of Internal Revenue, Eric H. Holder, Jr., in his official capacity as the United States Attorney General, Hilda L. Solis, in her official capacity as the Secretary of Labor, John Walsh, United States of America, Bipartisan Legal Advisory Group of the United States House of Representatives, <br><br>                 Defendants-Appellants. | Nos. 12-3273, 12-3872 |

## STIPULATION FOR VOLUNTARY DISMISSAL OF APPEALS

      In light of the Supreme Court's decision in *United States v. Windsor*, __ U.S. __,

No. 12-307, 2013 WL 3196928 (U.S. June 26, 2013), and in accordance with Fed. R.

App. P. 42(b), the parties hereby stipulate that the above-captioned appeals in Nos. 12-3273 and 12-3872 shall be dismissed. The parties shall bear their own costs.

Respectfully submitted,

/s/ Mary Lisa Bonauto
MARY LISA BONAUTO
Counsel for Plaintiffs-Appellees
(617) 426-1350
  *Gay & Lesbian Advocates & Defenders*
  *30 Winter Street, Suite 800*
  *Boston, MA 02108*

/s/ Michael Jay Singer
MICHAEL JAY SINGER
Counsel for Defendants-Appellants
(202) 514-4826
  *Attorneys, Appellate Staff*
  *Civil Division*
  *U.S. Department of Justice*
  *950 Pennsylvania Ave., N.W., Rm. 7266*
  *Washington, D.C. 20530*

PAUL D. CLEMENT
/s/ H. Christopher Bartolomucci
H. CHRISTOPHER BARTOLOMUCCI
Counsel for Intervenor-Defendant-Appellant
(202) 234-0090
  *Bancroft PLLC*
  *1919 M Street, NW, Suite 470*
  *Washington, D.C. 20036*

JULY 2013

## CERTIFICATE OF SERVICE

I hereby certify that on July 19, 2013, the undersigned attorney – with the consent of all parties to the stipulation – electronically filed the foregoing with the Clerk of the Court by using the appellate CM/ECF system. I certify that the participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

*s/ H. Christopher Bartolomucci*
H. Christopher Bartolomucci