UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 23rd day of July two thousand thirteen,

| | |
|---|---|
| Joanne Pedersen, Ann Meitzen, Gerald V. Passaro, II, Lynda Deforge, Raquel Ardin, Janet Geller, Joanne Marquis, James Gehre, Damon Savoy, John Weiss, Bradley Kleinerman, Suzanne Artis, Geraldine Artis, | **ORDER** Docket No. 12-3273(L), 12-3872 (con) |

       Plaintiffs - Appellees,

v.

Office of Personnel Management, Timothy F. Geithner, in his official capacity as the Secretary of the Treasury, Michael J. Astrue, in his office capacity as the Commissioner of the Social Security, United States Postal Service, John E. Potter, in his official capacity as the Postmaster General of the United States of America, Douglas Shulman, in his official capacity as the Commissioner of Internal Revenue, Eric H. Holder, Jr., in his official capacity as the United States Attorney General, Hilda L. Solis, in her official capacity as the Secretary of Labor, John Walsh, United States of America, Bipartisan Legal Advisory Group of the United States House of Representatives,

       Defendants - Appellants.

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to FRAP 42.

The stipulation is hereby "So Ordered".

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

